# Third District Court of Appeal

## State of Florida

Opinion filed September 30, 2022.
Not final until disposition of timely filed motion for rehearing.

————————

No. 3D21-1883
Lower Tribunal No. 19-11222

————————

**Silvia Souto,**
Appellant,

vs.

**Claudia P. Meyer,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Lourdes Simon, Judge.

Gerson & Schwartz, P.A., and Edward S. Schwartz and Philip M. Gerson, for appellant.

Boyd & Jenerette, P.A., and Kansas R. Gooden and Kevin D. Franz (Boca Raton), for appellee.

Before SCALES, LINDSEY and LOBREE, JJ.

PER CURIAM.

Affirmed.